Conviction for aggravated assault; punishment, one month in the county jail and a fine of $50.

Appellant was on trial for assault with intent to murder, and the jury, being of opinion that the facts did not justify the higher grade of offense, found him guilty of aggravated assault. The facts show, from the state's standpoint, that appellant was standing by a road with a shotgun in his hand when Mr. Hare passed by with his wife and child in a car. After they had passed, appellant discharged his gun, and both Mrs. Hare and the child were struck by the shot. Appellant claimed he was shooting at a bird. The charge of the court submitted the issues of law in a manner so satisfactory to appellant that he took no exception thereto. We think the facts sufficient to justify the verdict and judgment.

No error appearing, the judgment will be affirmed.

# Oscar LEMING, Appellant, v. STATE.
## No. 13898.

Court of Criminal Appeals of Texas.
Oct. 22, 1930.

W. T. Scarborough, of Kenedy, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for receiving and concealing stolen property; punishment, six months' confinement in the county jail.

The indictment, the charge of the court, the judgement, and sentence appear regular.

No error appearing in the record, the judgment will be affirmed.

HAWKINS, J., absent.

# B. L. MANN, Appellant, v. STATE.
## No. 13899.

Court of Criminal Appeals of Texas.
Oct. 15, 1930.

Earl M. Greer, of Wills Point, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing intoxicating liquor; punishment two years in the penitentiary.

The record is here without any statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence are in conformity with law.

No error appearing, the judgment will be affirmed.

# Ella May MOORE, Appellant, v. STATE.
## No. 13808.

Court of Criminal Appeals of Texas.
Oct. 22, 1930.

E. A. Knipp, of Houston, for appellant.

O'Brien Stevens, Crim. Dist. Atty., of Houston, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Misdemeanor theft is the offense; penalty assessed at confinement in the county jail for a period of six months.

The index in the record shows a statement of facts, but no such document is found in the transcript. The indictment is regular. There are no bills of exceptions. Certain special charges were refused, but in the absence of the facts, their relevancy cannot be ascertained.

Finding no errors, the judgment is affirmed.

HAWKINS, J., absent.